ORDERED that **DONALD B. DEVIN** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.

798 A.2d 1248

IN THE MATTER OF DONALD B. DEVIN,
AN ATTORNEY AT LAW.

June 5, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–01–259, concluding that **DONALD B. DEVIN** of **ROCKAWAY**, who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **DONALD B. DEVIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.